(134 So. 919)

### John FERRIS v. STATE.
### 8 Div. 370.

Court of Appeals of Alabama.
May 26, 1931.

Appeal from Circuit Court, Colbert County; J. Fred Johnson, Jr., Judge.

RICE, J.
Affirmed.

(129 So. 923)

### Willie FINCH v. STATE.
### 7 Div. 696.

Court of Appeals of Alabama.
June 25, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(129 So. 923)

### FLORENCE DISCOUNT CO. v. C. V. MORRIS, etc.
### 8 Div. 890.

Court of Appeals of Alabama.
June 30, 1930.

L. R. Timberlake, of Florence, for appellant.

A. H. Carmichael, of Tuscumbia, for appellee.

RICE, J.
This was a suit by appellant against appellee for an amount due on a negotiable promissory note.

Appellant was, as we read the record, shown by the undisputed testimony to be a "holder in due course" of the instrument sued on. Code 1923, § 9078. And it was also without dispute that the same was due and unpaid.

We find nothing in the record justifying the refusal of the trial court to give to the jury, at appellant's request, the general affirmative charge, with hypothesis, to find in its favor; and for the error in its refusal the judgment must be and is reversed, and the cause remanded.

Reversed and remanded.

(130 So. 921)

### Fate FLOURNOY v. STATE.
### 4 Div. 726.

Court of Appeals of Alabama.
Nov. 11, 1930.

RICE, J.
Appeal dismissed.

(137 So. 919)

### M. S. FOSTER v. J. C. WHITE.
### 6 Div. 156.

Court of Appeals of Alabama.
Nov. 27, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(135 So. 921)

### Walter FOSTER v. STATE.
### 7 Div. 754.

Court of Appeals of Alabama.
June 9, 1931.

RICE, J.
Appeal dismissed.

(131 So. 918)

### L. M. FOSTON v. STATE.
### 6 Div. 947.

Court of Appeals of Alabama.
Jan. 13, 1931.

BRICKEN, P. J.
Appeal dismissed.